No. 75–5555.   POWERS v. IDAHO.   Sup. Ct. Idaho. Certiorari denied.

No. 75–5598.   SNOW v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 75–5601.   SMITH v. STYNCHCOMBE, SHERIFF. Sup. Ct. Ga.   Certiorari denied.

No. 75–5619.   NATTIN v. LOUISIANA.   Sup. Ct. La. Certiorari denied.

No. 75–5632.   PATTERSON v. AULT, CORRECTIONS COMMISSIONER, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 75–5635.   LOGAN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 75–5643.   MURPHY v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 75–5657.   EDWARDS v. LOUISIANA.   C. A. 5th Cir. Certiorari denied.

No. 75–5658.   WIMBERLY v. FLORIDA.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 75–5659.   MARTIN v. FLORIDA.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 75–5660.   WEEKS v. FLORIDA.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 75–5694.   SPRANGLE, AKA GREENE, ET AL. v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.